NO. 07-03-0295-CR
07-03-0296-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 25, 2003

_____


CURTIS SCOTT JONES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 44,236-C; 44,237-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea bargain Curtis Scott Jones plead guilty to two counts of murder. The trial court sentenced him to 40 years confinement in the Texas Department of Criminal Justice Institutional Division on each count. Appellant timely filed *pro se* notices of appeal in the two cases.  The trial court appointed counsel to represent appellant in his appeals.

The clerk's records contain the trial court's certification in both records that these are plea-bargained cases, and the defendant has no right of appeal. Tex. R. App. P. 25.2(a)(2) and (d). The records show the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant. Following sentencing, appellant signed waivers of his right to appeal pursuant to the plea bargain agreements.

The clerk of this court notified appointed counsel by letter on October 28, 2003, that the appeals would be considered for dismissal on or after November 17, 2003, providing an opportunity to respond. No response has been filed. As the records show that appellant has no right of appeal, the appeals are dismissed. Tex. R. App. P. 25.2.


James T. Campbell
Justice


Do not publish.